WEISS & SPEES, LLP
Michael H. Weiss (State Bar No. 107481)
Laura J. Meltzer (State Bar No. 151889)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: (424) 245-3100
Facsimile: (424) 245-3199
mw@weissandspees.com

Counsel for Defendants David Nahai and the
Nahai Law Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, INC., | Adv. Case No. 2:11-ap-01325-BR |
| Debtor, | Chapter 11 |
| ──────────────────── | **ANSWER OF DEFENDANTS HAMID DAVID NAHAI, an individual, aka DAVID NAHAI, and NAHAI LAW CORPORATION TO COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER; PURSUANT TO 11 U.S.C. §§ 547(b), 548(a), 550 AND 502 AND DEMAND FOR JURY TRIAL** |
| BRADLEY SHARP, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| HAMID DAVID NAHAI, an individual, aka DAVID NAHAI, and NAHAI LAW CORPORATION, a California corporation, | |
| Defendants. | Status Conference and Hearing:<br>Date: May 3, 2011<br>Time: 2:00 p.m.<br>Ctrm: 1668 |

Defendants HAMID DAVID NAHAI, an individual, aka DAVID NAHAI ("Nahai"), and NAHAI LAW CORPORATION, a California corporation ("Nahai Law") (collectively, "Defendants") answer the Complaint in this action as follows:

## NATURE OF ACTION

1. Defendants have no information or belief with respect to the allegations in paragraph 1 of the Complaint and, on that basis, deny each of them.

2. Defendants have no information or belief with respect to the allegations in paragraph 2 of the Complaint and, on that basis, deny each of them.

3. Defendants have no information or belief with respect to the allegations in paragraph 3 of the Complaint and, on that basis, deny each of them.

## JURISDICTION AND VENUE

4. Defendant admits the allegations in paragraph 4 of the Complaint

5. Defendant admits the allegations in paragraph 5 of the Complaint.

6. Defendant admits the allegations in paragraph 6 of the Complaint.

7. Defendant admits the allegations in paragraph 7 of the Complaint.

## THE PARTIES

8. Defendant admits the allegations in paragraph 8 of the Complaint.

9. Defendant admits the allegations in paragraph 9 of the Complaint.

10. Defendant admits that Nahai law is a corporation organized and existing under and by virtue of the laws of the State of California and is doing business in the State of California and within the jurisdiction of the this Court. As to all other allegations in paragraph 10 of the Complaint, Defendants deny and each and all of them.

11. Defendant Nahai admits knowing Ezri Namvar and that he was director of Security Pacific Bank. As to all other allegations in paragraph 11 of the Complaint, Defendants deny and each and all of them.

12. Defendants deny the allegations in paragraph 12 of the Complaint.

## GENERAL ALLEGATIONS

13. Defendants have no information or belief regarding the allegations in paragraph 13, and, on that basis, deny each of them.

14. Defendants admit the allegations in paragraph 14 of the Complaint.

## FIRST CLAIM FOR RELIEF

15. Defendants reallege paragraphs 1 through 14 of this Answer and incorporate them by this reference.

16. Defendants admit the allegations in paragraph 16 of the Complaint.

17. Defendants admit the allegations in paragraph 17 of the Complaint.

18. Defendants admit that at Nahai has been a creditor of the Debtor. However, Defendants have no information or belief concerning the other allegations in paragraph 18 of the Complaint and, on that basis, deny each of them.

19. Defendants have no information or belief concerning the allegations in paragraph 19 of the Complaint and, on that basis, deny each of them.

20. Defendants have no information or belief concerning the allegations in paragraph 20 of the Complaint and, on that basis, deny each them.

21. Defendants deny the allegations in paragraph 21 of the Complaint.

22. Defendants admit the allegations in paragraph 22 of the Complaint.

23. Defendants have no information or belief concerning the allegations in paragraph 23 of the Complaint and, on that basis, deny them.

24. Defendants deny the allegation in paragraph 24 of the Complaint.

25. Defendants deny the allegation in paragraph 25 of the Complaint.

## SECOND CLAIM FOR RELIEF

26. Defendants reallege paragraphs 1 through 25 of this Answer and incorporate them by this reference.

27. Defendants have no information or belief regarding the allegations in paragraph 27 of the Complaint and, on that basis, deny each of them.

28. Defendants have no information or belief regarding the allegations in paragraph 28 of the Complaint and, on that basis, deny each of them.

29. Defendants deny the allegations in paragraph 29 of the Complaint.

30. Defendants deny the allegations in paragraph 30 of the Complaint.

**THIRD CLAIM FOR RELIEF**

31. Defendants reallege paragraphs 1 through 14 of this Answer and incorporate them by this reference.

32. Defendants deny the allegations in paragraph 32 of the Complaint.

33. Defendants deny the allegations in paragraph 33 of the Complaint.

**FOURTH CLAIM FOR RELIEF**

34. Defendants reallege paragraphs 1 through 14 and 32 of this Answer and incorporate them by this reference.

35. Defendants deny the allegations in paragraph 35 of the Complaint.

36. Defendants deny the allegations in paragraph 36 of the Complaint.

**FIFTH CLAIM FOR RELIEF**

37. Defendants reallege paragraphs 1 through 14 of this Answer and incorporate them by this reference.

38. Defendants deny the allegations in paragraph 38 of the Complaint.

39. Defendants deny the allegations in paragraph 39 of the Complaint.

**SIXTH CLAIM FOR RELIEF**

40. Defendants reallege paragraphs 1 through 14 and 38 of this Answer and incorporate them by this reference.

41. Defendants deny the allegations in paragraph 41 of the Complaint.

42. Defendants deny the allegations in paragraph 42 of the Complaint.

**SEVENTH CLAIM FOR RELIEF**

43. Defendants reallege paragraphs 1 through 42 of this Answer and incorporate them by this reference.

44. Defendants deny the allegations in paragraph 44 of the Complaint.

45. Defendants deny the allegations in paragraph 45 of the Complaint.

46. Defendants deny the allegations in paragraph 46 of the Complaint.

1     47.     Defendants deny the allegations in paragraph 47 of the Complaint.

2     48.     Defendants deny the allegations in paragraph 48 of the Complaint.

3 Wherefore, Defendants pray for judgment as follows:

4     A.     That Plaintiff take nothing by his complaint;

5     B.     That Defendants receive their costs of suit; and

6     C.     That Defendants receive such other and further relief as the Court deems just.

7 Dated: March 30, 2011                              WEISS & SPEES, LLP

By: /s/ *Michael H. Weiss*
      Michael H. Weiss
Counsel for Defendants Hamid David Nahai
and Nahai Law Corporation

Printed on Recycled Paper

## **DEMAND FOR A JURY TRIAL**

Defendants Hamid David Nahai and Nahai Law Corporation hereby demand a trial by jury on all claims for such a trial is appropriate.

Dated:  March 30, 2011

WEISS & SPEES, LLP

By: /s/ *Michael H. Weiss*
    Michael H. Weiss
Counsel for Defendant Bijan Nahai

Printed on Recycled Paper

| | |
|---|---|
| In re: NAMCO CAPITAL GROUP, INC., <br><br>　　　　　　　Debtor <br>_____ <br><br>BRADLEY SHARP, CHAPTER 11 TRUSTEE, <br><br>　　　　　　　Plaintiff, <br><br>Vs. <br><br>HAMID DAVID NAHAI, an individual, aka DAVID NAHAI, and NAHAI LAW CORPORATION, a California corporation, <br><br>　　　　　　　Defendants. | CHAPTER 11 <br><br>CASE No. 2:08-bk-32333-BR <br><br><br>Adv. Case No. 2:11-ap-01325-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1925 Century Park East, Suite 650, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ANSWER OF DEFENDANTS HAMID DAVID NAHAI, an individual, aka DAVID NAHAI, and NAHAI LAW CORPORATION TO COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER; PURSUANT TO 11 U.S.C. §§ 547(b), 548(a), 550 AND 502 AND DEMAND FOR JURY** TRIAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

　I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 30,, 2011 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Richard Burstein　　rburstein@ebg-law.com, ecf@ebg-law.com
United States Trustee (LA)　　ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U. S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 30, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bradley D. Sharp (TR)
Development Specialist, Inc.
333 So. Grand Ave., Suite 4070
Los Angeles, CA 90071-1524

　II.**SERVED BY EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR,on March 30, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

　Robyn B. Sokol, Esq., rsokol@ebg-law.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 30, 2011 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1**