| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER - SBN 156593<br>RICHARD D. BURSTEIN - SBN 056661<br>ROBYN B. SOKOL - SBN 159506<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: 818-827-9000; Fax: 818-827-9099<br>Emails: sgubner@ebg-law.com; rburstein@ebg-law.com; rsokol@ebg-law.com<br><br>*Attorney for*  Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor(s). | |
|---|---|
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>                                                                             Plaintiff(s),<br><br>vs.<br><br>HAMID DAVID NAHAI, an individual, aka DAVID NAHAI; and NAHAI LAW CORPORATION, a California corporation,<br><br>                                                                             Defendant(s). | CHAPTER: 11<br>CASE NO.: 2:08-bk-32333-BR<br><br>ADVERSARY NO.: 2:11-ap-01325-BR<br><br>DATE: 5/24/11<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 1668 |

# JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?   ☒ Yes   ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?   ☒ Yes   ☐ No

3. Have all motions addressed to the pleadings been resolved?   ☒ Yes   ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?   ☒ Yes   ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                              **F 7016-1.1**

| In re<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:08-bk-32333-BR<br>ADVERSARY NO.: 2:11-ap-01325-BR |
|---|---|

**B.    READINESS FOR TRIAL:**

1.    When will you be ready for trial in this case?

   **Plaintiff**                                                                          **Defendant**

   8 months                                                                              8 months

2.    If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   **Plaintiff**                                                                          **Defendant**

   The volume of complaints filed by the Trustee.

3.    When do you expect to complete your discovery efforts?

   **Plaintiff**                                                                          **Defendant**

   6 months                                                                              6 months

4.    What additional discovery do you require to prepare for trial?

   **Plaintiff**                                                                          **Defendant**

   Interrogatories, Request for Production of Documents, Request for Admissions, Depositions

   Interrogatories, Request for Production of Documents, Request for Admissions, Depositions

**C.    TRIAL TIME:**

1.    What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   **Plaintiff**                                                                          **Defendant**

   1 day                                                                                   1 day

2.    How many witnesses do you intend to call at trial (including opposing parties)?

   **Plaintiff**                                                                          **Defendant**

   Unknown at this time.                                                      Unknown at this time.

3.    How many exhibits do you anticipate using at trial?

   **Plaintiff**                                                                          **Defendant**

   Unknown at this time.                                                      Unknown at this time.

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

| In re<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:08-bk-32333-BR<br>ADVERSARY NO.: 2:11-ap-01325-BR |
|---|---|

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference  X  (is)/ __ (is not) requested.
Reasons: _____

Defendant

Pre-trial conference __ (is)/ __ (is not) requested.
Reasons: _____

Plaintiff

Pre-trial conference should be set after:

(date) __After completion of discovery__

Defendant

Pre-trial conference should be set after:

(date) _____

**E.    SETTLEMENT:**

1. What is the status of settlement efforts?
   Some preliminary discussions have occurred.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff              Defendant
   ☐ Yes  ☒ No           ☐ Yes  ☒ No

*(Continued on next page)*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 7016-1.1

Joint Status Report - *Page 4*

**F 7016-1.1**

| In re | CHAPTER: 11 |
|---|---|
| NAMCO CAPITAL GROUP, INC., a California corporation, | CASE NO.: 2:08-bk-32333-BR |
| Debtor(s). | ADVERSARY NO.: 2:11-ap-01325-BR |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Parties are interested in mediation after discovery is completed.

Respectfully submitted,

Dated: 05/06/11                                    Dated: 05/06/11

EZRA BRUTZKUS GUBNER LLP                           WEISS & SPEES, LLP
*Firm Name*                                        *Firm Name*

By:    /s/ Richard D. Burstein                     By:    [signature]

Name:  RICHARD D. BURSTEIN                         Name:  LAURA J. MELTZER

Attorney for:  Bradley D. Sharp, Ch. 11 Trustee    Attorney for:  Defendants

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      **F 7016-1.1**

| In re NAMCO CAPITAL GROUP, INC., Debtor. | Chapter 11 |
|---|---|
| BRADLEY D. SHARP, v. HAMID DAVID NAHAI, et. al. | CASE NUMBER 2:08-bk-32333-BR |
| | ADV CASE NO.: 2:11-ap-01325-BR |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367.

A true and correct copy of the foregoing document described as **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 10, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) listed below.

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com; jb@weissandspees.com

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On May 10, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true **and** correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows**.** *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA U.S. MAIL**
Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February___, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| May 10, 2011 | Jennifer Warner | /s/ Jennifer Warner |
|---|---|---|
| Date | Full Name | Signature |